MEMORANDUM OPINION



No. 04-03-00167-CV


IN THE INTEREST OF J.A.O., et al., Children 


From the 131st Judicial District Court, Bexar County, Texas

Trial Court No. 2002-PA-01349

Honorable Juan Gallardo, Judge Presiding



PER CURIAM

 

Sitting: Alma L. López, Chief Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: April 16, 2003


DISMISSED


 The appellant has filed a motion to dismiss this appeal. We grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2).

 PER CURIAM